UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

**UNITED STATES OF AMERICA**

v.     Magistrate Case No. **5:09-mj-0090**

**FRANKLIN MANN, JR.**

**O R D E R**

The Defendant paid $535 to the Office of the Clerk on January 8, 2010 thereby satisfying his obligation to the petty offense violation. It is hereby **ORDERED** that the Petition to Revoke Probation filed on January 6, 2010, is **DISMISSED.** It is further **ORDERED** that the warrant for arrest issued on January 6, 2010 is **NULLIFIED**. Accordingly, the Clerk is directed to close this case and remove from the Court's docket.

The Clerk is further directed to provide a copy of this Order to the Defendant, all counsel of record, the Probation Department, and Officer Karl Keach, National Park Service, New River Gorge National River (VS60).

ENTER: February 11, 2010.

R. Clarke VanDervort
United States Magistrate Judge